UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Vacation Fund, Twin City Carpenters Apprenticeship and Training Program, Carpenters & Joiners Defined Contribution Plan,

Civil No. 00-949 JMR/FLN

and,

Minneapolis Lathers, Plasterers and Cabinet Makers Insurance Trust, Lathers Local No. 190 Pension Plan, Minneapolis Operative Plasterers Retirement Plan, Lathers Local 190 Vacation Fund, Plasterers Local 265 Vacation Fund, and Lathers and Plasterers Apprenticeship Fund,

vs.

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

St. Paul Painting Industry Health & Welfare Fund,
St. Paul Painting Industry Pension Fund,
St. Paul Painting Industry Vacation Fund,

and,

Minneapolis Painting Industry Health and Welfare Fund,
Minneapolis Local 386 Drywall Finishing Industry Pension Fund,
Minneapolis Painting Industry Pension Fund,
Minneapolis Painting Industry Vacation and Holiday Fund,
Minnesota Public Relations and Apprenticeship Training Fund,
Minnesota State Conference of Painters,

Plaintiffs,

vs.

Integrity Drywall, Inc., a Minnesota business corporation, and David Kaiser, individually

Defendants.

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: June 29 2000

McGRANN SHEA FRANZEN CARNIVAL
STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: July 7, 2000

James M. Rosenbaum
Judge of District Court